UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG STANGER,<br><br>                Plaintiff(s),<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, et al.,<br><br>                Defendant(s). | Case No. 2:12-cv-02170-JCM-NJK<br><br>ORDER TRANSFERRING CASE<br>(Docket No. 8) |

      Pending before the Court is Defendant's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) to the District of Utah. Docket No. 8. Plaintiff filed a response indicated he has no objection to the granting of the motion. Docket No. 10. Accordingly, for good cause shown, this case is hereby transferred to the District of Utah.

      IT IS SO ORDERED.

      DATED: March 25, 2013

                                        _____<br>
                                        NANCY J. KOPPE<br>
                                        United States Magistrate Judge