1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7
8
9
10

CRAIG STANGER,                                )
                                              )
11              Plaintiff(s),                 )       Case No. 2:12-cv-02170-JCM-NJK
                                              )
12      vs.                                   )       ORDER TRANSFERRING CASE
                                              )       (Docket No. 8)
13      PROGRESSIVE DIRECT INSURANCE          )
        COMPANY, et al.,                      )
14                                            )
                        Defendant(s).         )
15      _____)

16

        Pending before the Court is Defendant's motion to transfer venue pursuant to 28 U.S.C. §
17
1404(a) to the District of Utah.  Docket No. 8.  Plaintiff filed a response indicated he has no objection
18
to the granting of the motion.  Docket No. 10.  Accordingly, for good cause shown, this case is hereby
19
transferred to the District of Utah.
20
        IT IS SO ORDERED.
21
        DATED:  March 25, 2013
22

23

24      _____
        NANCY J. KOPPE
        United States Magistrate Judge
25

26

27

28